UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

vs                                CASE NO. 95-505-CR-UNGARO-BENAGES

LUIS ALBERTO ASCANCIO-BLANCO #49041-004
        Defendant.
_____/

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:   ANY UNITED STATES MARSHAL, and
      WARDEN, FDC MIAMI
      33 N.E. 4TH ST.
      MIAMI, FL 33101

It appearing that the defendant in the above case, **LUIS ALBERTO ASCANCIO-BLANCO, #49041-004** is confined at **FDC, MIAMI, FLORIDA**, and that this case is set for a hearing on the Defendant's Motion for Leave to Withdraw filed July 22, 1997. Said hearing is set for **August 22, 1997 at 3:00 P.M., at the United States Courthouse, 300 N.E. 1st Avenue, Miami, Florida, Courtroom IX** before the undersigned, and that it is necessary for said defendant to be before this Court for said proceeding;

**NOW, THEREFORE,** this is to command you, any United States Marshal, that you have the body of said **LUIS ALBERTO ASCANCIO-BLANCO, #49041-004** now detained in custody as aforesaid, under safe and secure conduct, before this Court at **300 N.E. 1st Avenue, Miami, Florida** by or before **3:00 P.M. o'clock on August 22, 1997** for hearing and upon completion of said proceeding that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

**And this is to command you, the WARDEN, FDC, MIAMI, FLORIDA** deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of said defendant for safe and secure conduct to this district for the purpose aforesaid.

**DONE AND ORDERED** at Miami, Florida this _____ day of August, 1997.

_____
UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

c:  Honorable Ursula Ungaro Benages
    U.S. Marshal (3 certified copies)
    FDC Miami