

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
FLORIDA, MIAMI DIVISION

UNITED STATES OF AMERICA

v.  95-505CR:Ungaro-Benajes

LUIS ALBERTO ASCANIO-BLANCO   /

### MOTION FOR PERMISSION TO APPEAR PRO HOC VICE

COMES NOW Connie Mederos-Jacobs, who petitions this Court pursuant to Rule #.1 (D) (3), Southern District of Florida Local Rule, for permission to appear pro hoc vice on behalf of LUIS ALBERTO ASCANIO-BLANCO in the above styled cause and state:

1. Connie Mederos-Jacobs, Esq., is not a member of the bar for the United States District Court for the Southern District of Florida.

2. Connie Mederos-Jacobs, Esq., is a resident in the Middle District of Florida and is a member in good standing of the United States District Court for the Middle District of Florida as evidenced by the attached certificate from the Middle District of Florida.

3. Connie Mederos-Jacobs Esq., is a member in good standing of the Florida Bar and has applied for admission to the bar of the United States District Court for the Northern and Southern Districts of Florida.

4. Connie Mederos-Jacobs, Esq. has attached payment of the fee required for appearance pro hoc vice.

5. LUIS ALBERTO ASCANIO-BLANCO has requested that Connie Mederos-Jacobs, Esq., appear on his behalf and represent him in this cause.

### CERTIFICATE OF SERVICE

I hereby certify that copy of the foregoing has been mailed to the Office of the U. S.

MAY 9 2003

Rec'd in MIA DKT

Attorney, Southern District of Florida at 99 4th St. Miami, Fl 33132 this ____ day of April, 2003.

Connie Mederos-Jacobs, Esq.
543 10th Street West
Bradenton, Florida 34205
(941) 748-2887
Fla Bar.: 814120

AO 136 (Rev. 11/99) Certificate of Good Standing

# United States District Court

## Middle District of Florida

**CERTIFICATE OF GOOD STANDING**

I, SHERYL L. LOESCH, Clerk of this Court, certify that

CONNIE MEDEROS-JACOBS, Bar #0814120, was duly

admitted to practice in this court on March 23, 1990, and is in

good standing as a member of the Bar of this Court.

Dated at Tampa, Florida on April 4, 2003

SHERYL L. LOESCH, CLERK         Rebecca J. Hockett
                                         Deputy Clerk