UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 95-505-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

LUIS ALBERTO ASCANIO-BLANCO,
    Defendant.
_____/



FILED by _____ D.C.
MAY 1 2 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER DENYING MOTION FOR PERMISSION TO APPEAR PRO HAC VICE

THIS CAUSE came before the Court upon Connie Mederos-Jacobs Motion for Permission to Appear Pro Hac Vice, filed May 5, 2003.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the motion is DENIED for failure to comply with Special Rule 4.B. *See* Local Rules of the Southern District of Florida, Special Rules Governing the Admission and Practice of Attorneys.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2003.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record